PEOPLE v. LOGGINS

1. Indictment and Information—Res Gestae Witness—Indorse-
ment—Duty of Prosecution.
    Prosecution's failure to indorse certain *res gestae* witnesses,
    *held,* not grounds for reversal where record indicates that
    defense counsel did not move for the indorsement of any
    witnesses nor object to the prosecution's failure to indorse
    the witnesses.

2. Indictment and Information—Witnesses—Indorsement—Duty
of Prosecution—Identity of Witnesses.
    The duty of the prosecution to indorse witnesses must be neces-
    sarily limited to witnesses whose identity is known (CL 1948,
    § 767.40).

Appeal from Recorder's Court of Detroit, George
Crockett, Jr., J. Submitted Division 3 May 6, 1969,
at Grand Rapids. (Docket No. 4,537.) Decided
May 27, 1969.

John C. Loggins was convicted of felonious as-
sault. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A.
Derengoski,* Solicitor General, *William L. Cahalan,*
Prosecuting Attorney, and *Samuel J. Torina,* Chief
Appellate Lawyer, for the people.

*Alice Brantley Rucker,* for defendant on appeal.

BEFORE: R. B. Burns, P. J., and Fitzgerald
and Holbrook, JJ.

REFERENCE FOR POINTS IN HEADNOTES
[1, 2] 41 Am Jur 2d, Indictments and Informations §§ 56, 60.

PER CURIAM. Defendant, after trial by jury, was convicted June 28, 1967, of felonious assault. CL 1948, § 750.82 (Stat Ann 1962 Rev § 28.277). On appeal it is contended that the prosecution failed to indorse on the information certain alleged *res gestae* witnesses. It is further contended that the defendant was denied the effective assistance of counsel. The people have filed a motion to affirm the conviction.

An examination of the record fails to indicate that defense counsel presented a motion for the indorsement of any witnesses nor at any time objected to the prosecutor's failure to indorse the witnesses. Moreover, there is no indication that the prosecution knew the identity of the witnesses. The duty of the prosecution to indorse witnesses must necessarily be limited to witnesses whose identity is known. CL 1948, § 767.40 (Stat Ann 1954 Rev § 28.980).

The contention that defendant was denied the effective assistance of counsel is also without merit. *People* v. *Rasmus* (1967), 8 Mich App 239. It is manifest that the questions presented on appeal are unsubstantial and require no argument or formal submission.

The motion to affirm the defendant's conviction is granted.